UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ROBERTSON,<br><br>Petitioner,<br><br>v.<br><br>MARIPOSA COUNTY COURT, et al,<br><br>Respondent. | 1:14 -cv-00924-AWI-MJS (HC)<br><br>ORDER DENYING REQUEST FOR LEGAL REVIEW AND MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docs. 55, 61) |

On June 4, 2015, Petitioner filed a request for legal review. The Court hereby notifies Petitioner that his matter is still pending before this Court, and shall be addressed in due course. The Court is burdened by an unusually large caseload, and must address other, older matters first. Petitioner's patience is appreciated.

Furthermore, Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).   Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment

of counsel is DENIED.

IT IS SO ORDERED.

Dated: March 4, 2016                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE